Account as Administrator, etc., of Aron Levenson, Deceased. Jacob Levenson, Individually and as Administrator, etc., of Aron Levenson, Deceased, and Others, Appellants; Kate Levenson and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs payable by appellants personally. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

In the Matter of Herbert N. Warbasse, an Attorney.— Report of official referee that respondent be suspended from the practice of the law for one year considered, and respondent suspended for a period of two years. Young, Carswell and Scudder, JJ., concur; Rich, J., votes to confirm report of official referee; Lazansky, P. J., votes to disbar with the following memorandum: Certain facts in this case similar to those found in *Matter of Marlow* (225 App. Div. 252) and *Matter of Gondelman* (Id. 462) and which were largely inducive of the determinations in those cases, and respondent's avoidance for a long period of time of the investigation conducted by Mr. Justice Faber, compel this conclusion.

In the Matter of the Application of Sadie Zeitlen, Residing at No. 383 Archer Street, Freeport, Long Island, Anna Rothblum, Residing at 234 Ocean Parkway, Brooklyn, New York, Nathan Himowich, Residing at 35 West 110th Street, New York City, and Sigsbie Gutter, Residing at 183 Argyle Road, Brooklyn, New York, for Permission to Resign as Executors and Trustees of the Estate of Philip Zeitlen, Deceased, Late of Freeport, Nassau County, and the Judicial Settlement of Their Accounts as Such Executors and Trustees and for the Appointment of the Substituted Trustee as Their Successor. Sadie Zeitlen and Others, Appellants; Nathan Himowich and Sigsbie Gutter, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

John F. Jenkins, Respondent, v. Joseph L. Moyse and Others, Appellants.— Motion to add appeal to March calendar granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

David L. Keller, Appellant, v. American Chain Company, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

M. Frank Meehan, Appellant, v. Ontario-Lorrain Development Syndicate, Limited (No personal liability), Respondent.— Motion to open respondent's default on motion granted, and motion to dismiss appeal denied upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. We are of opinion that under the circumstances disclosed by appellant, he should be and he hereby is relieved from the effects of his stipulation of December 20, 1929. Present — Lazansky, P. J.; Rich, Kapper, Hagarty and Scudder, JJ.

Modern-Silver Linen Supply Co., Inc., Respondent, v. Harry Salzberg, Defendant, and Nat Ginsberg, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

Ethel R. Prager, Respondent, v. Harry L. Toplitz, etc., and Others, Appellants, and Samson L. Toplitz and Betty M. Hilborn, as Executors, etc., and